IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DUNSON, | 1:06-CV-00958 AWI SMS P |
| Plaintiff, | ORDER TO FILE COMPLETED APPLICATION TO PROCEED |
| vs. | IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND MEDICAL, et al., | ACCOUNT STATEMENT, **OR** PAY FILING FEE IN FULL |
| Defendants. | (Docs. 2, 5, and 8) |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed one application to proceed in forma pauperis on July 24, 2006, and two applications to proceed in forma pauperis on August 4, 2006.  28 U.S.C. § 1915.  However, none of the applications included the required original signature by an authorized officer of the institution of incarceration or a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a new, completed application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing fee.

///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Clerk's Office shall send to plaintiff the form for application to proceed in forma

3          pauperis.

4    2.    Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a

5          completed application to proceed in forma pauperis and a certified copy of his prison

6          trust account statement for the six month period immediately preceding the filing of

7          the complaint, or in the alternative, to pay the $350.00 filing fee for this action.

8          Failure to comply with this order will result in a recommendation that this action be

9          dismissed.

10

11   IT IS SO ORDERED.

12   **Dated:    August 17, 2006**                                **/s/ Sandra M. Snyder**
     i0d3h8                                          UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2